# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 01-2951

_____

David N. Hannah, Jr.                          *
                                              *
             Appellant,                       *
                                              *   Appeal from the United States
       v.                                     *   District Court for the Eastern
                                              *   District of Missouri.
Gary Campbell, Dr., Correctional              *
Medical Systems; Ronald Knox,                 *        [UNPUBLISHED]
Dentist, Correctional Medical Systems;        *
Unknown Jackson, Dentist,                     *
Correctional Medical Systems;                 *
Unknown Kieper, Physician                     *
Correctional Medical Systems;                 *
Unknown Hatfield, Dentist,                    *
Correctional Medical Systems; John            *
Knudsen, Physician, Moberly Regional          *
Medical Center; Gail Bailey, Medical          *
Administrator, Correctional Medical           *
Systems; Dottie Callis, Assistant             *
Medical Administrator, Correctional           *
Medical Systems,                              *
                                              *
             Appellees.                       *

_____

Submitted:  April 3, 2002

Filed:  April 8, 2002

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Missouri inmate David N. Hannah, Jr., appeals from the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 complaint in which he alleged deliberate indifference to his medical needs. Having carefully reviewed the record, we conclude dismissal was warranted. Accordingly, we affirm. See 8th Cir. R. 47B. We deny as moot the pending motion on appeal.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri.